# EXHIBIT A

TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO. 2179CV00297

ERIN FRANCIS, as mother and next friend
of CAMDEN FRANCIS
_____, PLAINTIFF(S)

V.

SUMMONS

TROY-BILT LLC, and
BRIGGS & STRATTON CORPORATION
_____, DEFENDANT(S)

To the above named defendant:   Troy-Bilt LLC

    You are hereby summoned and required to serve upon J. Michael Conley, Esq., plaintiff's attorney, whose address is Kenney & Conley, PC, 100 Grandview Rd, Ste 218, Braintree, MA 02184 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

    Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

    Witness, Judith Fabricant, Esq., at Springfield the ___5th___ day of ___August___ in the year of our Lord two thousand twenty-one.

*[signature]*

Laura S. Gentile, Esquire
CLERK OF COURTS

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

*[Left margin: your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.]*

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____ August 5 _____, 20 21, I served a copy of the within summons, together with a copy of the complaint, in this action, upon the within named defendant, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):
together with a copy of the Civil Action Cover Sheet and Tracking Order via first class mail, Certified, Return Receipt Requested, pursuant to Mass. R. Civ. P. 4(c) and (e).

J. Michael Conley, Esq.
Kenney & Conley, PC
100 Grandview Road, Suite 218

Braintree, MA  02184

Dated: _____, 20

N.B. TO PROCESS SERVER:
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

(
(    August 5    , 20 21  )
(

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                                   SUPERIOR COURT DEPARTMENT
                                               CIVIL ACTION NO.:

                                                    21 0297

ERIN FRANCIS, as mother and next friend
of CAMDEN FRANCIS,

   Plaintiff,
                                                    6/10/2021
V.

TROY-BILT LLC, and
BRIGGS & STRATTON CORPORATION,

   Defendants.

## COMPLAINT AND DEMAND FOR JURY TRIAL

1.  This is a negligence and breach of warranty action for personal injury arising from an incident in Ludlow, Massachusetts, on June 21, 2019.

2.  The Plaintiff, Erin Francis, resides at 35 Helberg Road, Springfield, Massachusetts. She brings this action on behalf of her minor son, Camden Francis, date of birth February 14, 2018.

3.  The Defendant, Troy-Bilt LLC, is a foreign limited liability company headquartered at 5965 Grafton Road, Valley City, Ohio.

4.  The Defendant, Briggs & Stratton Corporation, is a foreign corporation with a principal office located at 12301 W. Wirth Street, Wauwatosa, Wisconsin.

5.  The Defendant, Troy-Bilt LLC, was the manufacturer and distributor of a leaf blower called Jet Sweep Blower - TB672 owned by Erin Francis and her husband and Camden's father, Jeffrey Francis.

6. The Jet Sweep Blower - TB672 utilized an engine manufactured by the Defendant, Briggs & Stratton Corporation.

7. The Defendants knew that the Jet Sweep Blower's muffler became extremely hot in operation so that severe thermal burns could occur on contact.

8. On June 21, 2019, Jeffrey Francis had used the Jet Sweep Blower for a short time and then left it turned off and unattended, not realizing that the muffler quickly became dangerously hot. Sixteen-month-old Camden Francis approached the machine and placed his right hand and left hand on the muffler resulting in severe burns.

9. Camden's injuries resulted in whole or in part from the negligence and breach of warranty on the part of the Defendants providing a defectively designed and manufactured leaf blower, and in failing to adequately instruct, direct or warn users to ensure safe use of the machine. The design lacked adequate guarding and permitted inadvertent contact with the dangerously hot muffler surface. Feasible economical alternative design(s), including guarding and adequate on-product warnings would have reduced or eliminated the danger and prevented Camden's injury.

10. As a result, the Plaintiff, Camden Francis, suffered serious injuries, including a severe and permanent disability, suffered great pain physically and mentally, and incurred expenses for medical attention and hospitalization.

11. All conditions precedent to this action have been satisfied or have occurred.

### FIRST CAUSE OF ACTION

12. The First Cause Of Action is an action by Erin Francis as parent and next friend of Camden Francis against Troy-Bilt LLC for negligence resulting in personal injury.

## SECOND CAUSE OF ACTION

13. The Second Cause Of Action is an action by Erin Francis as parent and next friend of Camden Francis against Troy-Bilt LLC for breach of warranty resulting in personal injury.

## THIRD CAUSE OF ACTION

14. The Third Cause Of Action is an action by Erin Francis as parent and next friend of Camden Francis against Briggs & Stratton Corporation for negligence resulting in personal injury.

## FOURTH CAUSE OF ACTION

15. The Fourth Cause Of Action is an action by Erin Francis as parent and next friend of Camden Francis against Briggs & Stratton Corporation for breach of warranty resulting in personal injury.

WHEREFORE, the Plaintiff, Erin Francis as parent and next friend of Camden Francis, demands judgment against the Defendants, Troy-Bilt LLC and Briggs & Stratton Corporation, jointly and severally, in an amount that is fair, together with interest and costs, and any other relief to which Camden Francis may be entitled.

**PLAINTIFF DEMANDS A TRIAL BY JURY AS TO ALL ISSUES SO TRIABLE.**

Respectfully submitted,

**ERIN FRANCIS as parent and next friend of CAMDEN FRANCIS**
By her attorneys,

/s/ *J. Michael Conley*          /s/ *Francis W. Bloom*

| | |
|---|---|
| J. Michael Conley, Esq. (BBO# 904090) | Francis W. Bloom, Esq. (BBO# 046400) |
| Kenney & Conley, P.C. | Law Office of Francis W. Bloom |
| 100 Grandview Road, Suite 218 | 85 Post Office Park |
| P.O. Box 859139 | Wilbraham, MA 01095 |
| Braintree, MA 02185-9139 | 413-596-2040 |
| 781-848-9891 | fran@attorneybloomlaw.com |
| michael@kenneyconley.com | |

Dated: June 10, 2021.